# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK SHAW,** | : | CIVIL ACTION NO. 1:18-CV-1348 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **SUPERINTENDENT**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 9th day of December, 2019, for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. This action is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

2. The pending motion (Doc. 29) is DISMISSED.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania